**Order entered May 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00265-CV

**ALIA REALTY LLC, EED, INC. AND EED FAMILY, INC., Appellants**

**V.**

**MOHAMD ALHALWANI AND AMZK PROPERTIES, INC., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17592**

## ORDER

Before the Court is appellees' May 17, 2021 unopposed motion for a thirty-day extension of time to file their brief.  The brief is due May 27.

Because this is an accelerated appeal, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than June 16, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE